Rohn M. Roberts, OSB #793620
rroberts@arnoldgallagher.com
Aaron J. Noteboom, OSB #040051
anoteboom@arnoldgallagher.com
Arnold Gallagher PC
800 Willamette Street, Suite 800
Eugene, Oregon 97401-2296
541-484-0188 Telephone
541-484-0536 Fax
   *Of Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| OREGON TV, LLC, a Delaware limited liability company, and OREGON TV LICENSE COMPANY, LLC, a Delaware limited liability company, <br><br>                 Plaintiffs, <br><br> v. <br><br> DISH NETWORK L.L.C., a Colorado limited liability company, <br><br>                 Defendant. | Case No. 6:14-cv-01398-TC <br><br> **STIPULATED GENERAL JUDGMENT OF DISMISSAL** |

Based upon the stipulation of the parties hereto, as indicated below, by and through their attorneys of record, the parties have settled their differences herein; and it appearing to the Court that there is no just reason for delay and that final judgment should be entered herein, it is,

1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL

**ORDERED AND ADJUDGED** that this matter is hereby dismissed with prejudice and without costs and without attorney fees to any party.

DATED: *April 14*, 2015

_____
Chief Judge Ann L. Aiken

IT IS SO STIPULATED:

| ARNOLD GALLAGHER PC | HERSHNER HUNTER LLP |
|---|---|
| _____ | _____ |
| Rohn M. Roberts, OSB #793620 | Todd R. Johnston, OSB #992913 |
| Aaron J. Noteboom, OSB #040051 | Mario D. Conte, OSB #073637 |
| Of attorneys for Plaintiffs | Of attorneys for Defendant |

2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL